# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDUL MUNIEM MOHAMMED JAWAD,<br><br>Defendant. | 1:06-cr-00365-LJO-BAM<br><br>ORDER DENYING MOTION FOR INTERNATIONAL TRAVEL (ECF NO. 402) |

The Court has received the Defendant's motion for permission for international travel. ECF No. 402. The Court also received the opposition by the Government. ECF No. 405. For the reasons stated in the opposition, the motion is DENIED WITHOUT PREJUDICE.

The Clerk of Court is directed to serve a copy of this order on Defendant, who filed his motion *pro se*.

IT IS SO ORDERED.

Dated: **November 19, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE