IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ABDUL MUNIEM MOHAMAD JAWAD,<br><br>  Defendant-Debtor. | Case No. 1:06-cr-00365-JLT-EPG<br><br>**ORDER FOLLOWING HEARING AND SETTING STATUS CONFERENCE REGARDING ORDER TO SHOW CAUSE AS TO U.S. AUTO LEASING, INC'S NONCOMPLIANCE WITH SUBPOENA**<br><br>**Status Conference:** January 23, 2026<br>**Dept:** 9 (SAB)<br>**Time:** 2:00 p.m. |
|---|---|

On December 18, 2025, the Court held a hearing on the Order to Show Cause as to U.S. Auto Leasing, Inc.'s noncompliance with the United States of America's subpoena for employment records under Federal Rule of Civil Procedure 45. Assistant United States Attorney Robin Tubesing appeared on behalf of the United States of America. Jamal Sadeddin, manager, appeared on behalf of U.S. Auto Leasing, Inc.

Based on Mr. Sadeddin's representation that U.S. Auto Leasing, Inc. would produce available employment records for defendant-debtor Abdul Muniem Mohamad Jawad in response to the Rule 45 subpoena, the United States requested a continuance of the show cause hearing. Having considered the request, along with Mr. Sadeddin's representations at the hearing, it is HEREBY ORDERED as follows:

1. The United States' request to continue the hearing is GRANTED.
2. A STATUS CONFERENCE regarding the pending Order to Show Cause is SET for **January 23, 2026, at 2:00 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone**. U.S. Auto Leasing, Inc. is ORDERED to appear at the conference to show cause why it should not be held in contempt for failure to comply with the Rule 45 subpoena.

1

3. The United States shall file a written status report regarding U.S. Auto Leasing, Inc.'s compliance with the subpoena on or before **January 21, 2026**. If the United States informs the Court that U.S. Auto Leasing, Inc. has complied with the subpoena, then the Order to Show Cause will be discharged, and the status conference will be vacated.

4. Failure to comply with this order and the Order to Show Cause may subject U.S. Auto Leasing, Inc. to contempt sanctions, including <u>daily</u> monetary sanctions for each day of noncompliance with the Rule 45 subpoena; and

5. The United States is DIRECTED to effect service of this Order on U.S. Auto Leasing, Inc. at each address previously attempted to be served or served, and at the address provided by Mr. Sadeddin at the hearing, no later than **December 30, 2025**, and to file proof of service of this order no later than **January 7, 2026**.

IT IS SO ORDERED.

Dated:  **December 18, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2